FILED

2013 Sep-30 AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| **vs.** | ) | **2:13-cv-153-JEO** |
| | ) | |
| **$83,274.51 SEIZED FROM BBVA COMPASS BANK ACCOUNT NUMBER XXXX9194,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

The magistrate judge filed a report and recommendation on July 2, 2013, recommending that Claimant Michael W. McClure's motion to dismiss and for return of seized funds, doc. 9, be granted in part and denied in part. *See* doc. 16. The Government has filed objections thereto.  Doc. 17.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge that Claimant's motion to dismiss be **GRANTED** in part and **DENIED** in part. The Government has stated a claim for forfeiture pursuant to 18

U.S.C. § 981, and as such, may proceed on that ground. However, because any attempt to use 18 U.S.C. § 984 would be time barred, the Government is prohibited from proceeding under that theory.

**DONE** this 30th day of September, 2013.

ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE