FILED

2013 Sep-30  AM 09:32
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number |
| **vs.** | ) | **2:13-cv-153-JEO** |
| | ) | |
| **$83,274.51 SEIZED FROM** | ) | |
| **BBVA COMPASS BANK** | ) | |
| **ACCOUNT NUMBER** | ) | |
| **XXXX9194,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MEMORANDUM OPINION AND ORDER</u>

The magistrate judge filed a report and recommendation on July 2, 2013,

recommending that Claimant Michael W. McClure's motion to dismiss and for

return of seized funds, doc. 9, be granted in part and denied in part. *See* doc. 16. The

Government has filed objections thereto.  Doc. 17.

After careful consideration of the record in this case and the magistrate

judge's report and recommendation, the court hereby **ADOPTS** the report of the

magistrate judge.  The court further **ACCEPTS** the recommendations of the

magistrate judge that Claimant's motion to dismiss be **GRANTED** in part and

**DENIED** in part. The Government has stated a claim for forfeiture pursuant to 18

U.S.C. § 981, and as such, may proceed on that ground. However, because any

attempt to use 18 U.S.C. § 984 would be time barred, the Government is prohibited

from proceeding under that theory.

      **DONE** this 30th day of September, 2013.

                                                    ABDUL K. KALLON
                                      UNITED STATES DISTRICT JUDGE